UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES B. PORTER,

    Plaintiff,

v.

GREGORY ENT

    Defendant.

No. 11-01763-EDL

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Case Management Conference currently set for July 26, 2011 is hereby continued to August 30, 2011 for the following reasons:

Following pro se Plaintiff's filing of an amended complaint, on July 4, 2011 this Court issued an Order requiring Plaintiff to properly serve Defendant with the amended complaint and file a proof of service of the amended complaint with the Court. See Dkt. # 20. Plaintiff filed a proof of service on July 19 indicating that he served the Defendant by mail on July 18. Defendant is not required to respond to the amended complaint until 14 days after service. Additionally, neither party has timely filed a case management conference statement as required by the Court's May 27, 2011 Order. See Dkt. # 12.

In light of the foregoing, the Court hereby continues the case management conference until August 30, 2011 at 10:00 a.m. A Joint Case Management Conference statement complying with th

order cont cmc and osc.wpd

Court's Local Rules and Standing Order shall be filed by August 23.

**IT IS SO ORDERED.**

Date: July 25, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge